**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **HEATHER WILLIAMS-LOTT,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Case No. 4:26-cv-787** |
| **U.S. RENAL CARE, INC.,** | § § § | |
| **Defendant.** | § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and the disclosure requirements of this Court, Plaintiff Heather Williams-Lott certifies that the following persons and entities are financially interested in the outcome of this case:

1. Heather Williams-Lott, Plaintiff;

2. U.S. Renal Care, Inc., Defendant; and

3. Welmaker Law, PLLC, counsel for Plaintiff.

Plaintiff is an individual. Defendant U.S. Renal Care, Inc. is a nongovernmental corporate party; Plaintiff lacks knowledge of Defendant's corporate parents or of any publicly held corporation owning ten percent or more of its stock, and Defendant is required to make its own disclosure under Federal Rule of Civil Procedure 7.1.

Plaintiff reserves the right to supplement this certificate as additional persons or entities with a financial interest in the outcome of this case become known through the course of litigation.

Plaintiff's Certificate of Interested Persons                                          Page 1

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
    Douglas B. Welmaker
    Texas State Bar No. 00788641
    doug@welmakerlaw.com
    Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**
**HEATHER WILLIAMS-LOTT**

**CERTIFICATE OF SERVICE**

On July 6, 2026, I served the foregoing document via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker