AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

Heather Williams-Lott )
)
_____ )
Plaintiff(s) )
)
v. )
)
US Renal Care, Inc. )
_____ )
Defendant(s) )
CA: 4:26-cv-787
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant U.S. Renal Care, Inc.
Via its registered agent, CT Corporation System
14651 Dallas Parkway, Suite 900
Dallas Texas 75254

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Welmaker Law PLLC
505 E. Magrill St.
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PROOF OF
SERVICE
ATTACHED**

*CLERK OF COURT*

Date: __7/6/2026__

David A. O'Toole
_____
*Signature of Clerk or Deputy Clerk*

Came to hand on 07-07-2026 at 4:01 P.M.

**DRLS**
**516 West Annie St.**
**Austin, Texas 78704**
8270

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| | | | |
|---|---|---|---|
| Heather Williams-Lott, | Plaintiff | § | Civil Action No. CA: 4:26-cv-787 |
| vs. | | § | |
| US Renal Care, Inc., | Defendant | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. My address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code Section 156.001.(2), I am certified as a process server by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2027.

Came to hand on July 7, 2026, at 4:01 p.m. Summons in a Civil Action with Plaintiff's Original Complaint, for service on <u>Defendant U.S. Renal Care, Inc</u>.

<u>Executed on July 17, 2026</u>, by delivering to Registered Agent, CT Corporation Systems, by delivering to its employee/agent designated to accept, via U.S.P.S. certified mail, return receipt requested, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. (Return receipt attached.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service and Statement of Service Fees is true and correct."

Printed Name:  <u>Tod E. Pendergrass</u>

Service Fee $ <u>94.00</u>      Re: Welmaker/8270

Signature of non-party adult
DRLS, 516 W. Annie Street
Austin, Texas 78704

## STATE OF TEXAS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on July 29, 2026.



STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form pursuant to FRCP 4(l)(1)]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Renal Care, Inc.
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, Texas 75201

9590 9402 9352 5002 4695 04

2. Article Number (Transfer from service label)

9589 0710 5270 3553 5126 38

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   CT Corporation System    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
X                                 JUL 1 7 2026

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    WELM 8270    Domestic Return Receipt