EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Heather Williams-Lott

Plaintiff

v.                                                        Civ. No. 4:26-CV-787-ALM

U.S Renal Care, Inc.

Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  U.S. Renal Care, Inc.

Date Party's answer was originally due:                                          08/07/2026

Date Party's answer is now due (must not exceed 45 days after original due date):   09/08/2026

Date: 08/05/2026            /s/   David A. Scott
                            Full Name: David A. Scott
                            State Bar No.: 17894515
                            Address: 500 North Akard Street, Suite 2500
                                     Dallas, Texas 75201


                            Phone: (214) 520-2400
                            Fax: (214) 520-2008
                            Email: david.scott@jacksonlewis.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)