**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **HEATHER WILLIAMS-LOTT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-CV-00787-ALM** |
| | § | |
| **U.S. RENAL CARE, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Defendant U.S. Renal Care, Inc. ("USRC" or "Defendant") files this Disclosure Statement under FRCP 7.1, and respectfully states:

Rangers Renal Intermediate, Inc. is the Defendant's parent corporation. There is no publicly held corporation owning 10% or more of Defendant's stock.

Respectfully submitted,

By: */s/ Michael J. DePonte*

Michael J. DePonte
State Bar Number 24001392
Michael.DePonte@jacksonlewis.com
David A. Scott
Texas Bar No. 17894515
David.Scott@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On September 8, 2026, I certify that the foregoing document was electronically submitted to the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

Douglas B. Welmaker
WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
doug@welmakerlaw.com

*/s/ Michael J. DePonte*
Michael J. DePonte