**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **HEATHER WILLIAMS-LOTT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-CV-00787-ALM** |
| | § | |
| **U.S. RENAL CARE, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT REQUEST FOR EXTENSION TO FILE RULE 26(f) REPORT**

Plaintiff Heather Williams-Lott and Defendant U.S. Renal Care, Inc. (collectively the "Parties") file this Joint Request for Extension to File their Rule 26(f) Report, and respectfully state:

1. The Court entered its Order Governing Proceedings on September 25, 2026 (the "Order"). (Dkt. # 8). The Parties have exchanged initial disclosures as required by the Order.

2. The Parties, through their respective counsel, have conferred and have been actively engaged in discussions regarding a possible resolution of the claims. To conserve party and judicial resources while the Parties continue to explore a possible early resolution, the Parties jointly request that the current deadline of October 30, 2026 for filing the joint Rule 26(f) report be extended to Monday, November 9, 2026. The extension should not affect the Rule 16 management conference currently set for November 13, 2026.

3. The Parties are not seeking this extension for purposes of delay. Rather, the jointly requested extension is sought so that the Parties have additional time to continue their early discussions to resolve their dispute and, if possible, to avoid unnecessary expenditure of their resources as well as the Court's resources.

Wherefore, the Parties jointly request that the deadline for filing their joint Rule 26(f) report be extended until and including November 9, 2026, and that the Court grant such other relief as is appropriate.

Respectfully submitted,

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
State Bar Number 00788641
doug@welmakerlaw.com
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
Phone: (512) 799-2048

**ATTORNEY FOR PLAINTIFF**

By: */s/ David A. Scott*
Michael J. DePonte
State Bar Number 24001392
Michael.DePonte@jacksonlewis.com
David A. Scott
State Bar No. 17894515
David.Scott@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant certifies that it has conferred with Plaintiff's counsel regarding this motion, and Plaintiff is unopposed.

*/s/ David A. Scott*
David A. Scott

## CERTIFICATE OF SERVICE

On October 29, 2026, I certify that the foregoing document was electronically submitted to the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

Douglas B. Welmaker
WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
doug@welmakerlaw.com

*/s/ David A. Scott*
David A. Scott