**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **HEATHER WILLIAMS-LOTT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-CV-00787-ALM** |
| | § | |
| **U.S. RENAL CARE, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING EXTENSION TO FILE RULE 26(f) REPORT**

The Court has considered the parties' Joint Motion for Extension to File their Joint Rule 26(f) Report and concludes that the Motion should be granted for good cause shown.

Accordingly, it is ORDERED that the parties have an extension until November 9, 2026 to file their Joint Rule 26(f) Report as required by the Court's Order Governing Proceedings.

SIGNED this ___ of ________, 2026.