# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HEATHER WILLIAMS-LOTT,<br><br>Plaintiff,<br>v.<br><br>U.S. RENAL CARE, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26CV787<br>JUDGE MAZZANT |

**ORDER REFERRING CASE TO MEDIATION**

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator assigned is Elvin E. Smith, III, Siebman Law, LLP, 300 North Travis Street, Sherman, Texas 75090, (903) 870-0070, elvinsmith@siebman.com.

The mediation conference shall be conducted by the following date: **May 31, 2027.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

**SIGNED this 16th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE